1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 Facsimile:   (619) 687-2666
Email:        David_Peterson@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0975 |
| 12       Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 ANTONIO CALDERA-AGUIRRE, | ) | |
| 15       Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                    Respectfully submitted,

Dated: April 10, 2008                               */s/ DAVID M. C. PETERSON*
                                                    DAVID M.C. PETERSON
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Defendant
                                                    David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 10, 2008            /s/ *DAVID M. C. PETERSON*
                                 DAVID M.C. PETERSON
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467 (tel)
                                 (619) 687-2666 (fax)
                                 David_Peterson@fd.org (email)